**Nita PLAISANCE and Norman Plaisance, Plaintiffs–Appellants,**

v.

**ROMANDA SUE, INC., et al., Defendants–Appellees.**

No. 88–3184

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 15, 1988.

Joseph J. Weigand, Jr. Weigand, Weigand & Meyer, Houma, La., for plaintiffs-appellants.

Robert N. Habans, Jr., Habans & Bologna, New Orleans, La., for Romanda Sue, Inc.

Steven W. Usdin, Wayne Lee, Stone, Pigman, Walther, Wittman & Hutchinson, New Orleans, La., for Phillips Petroleum Co.

Before GEE, WILLIAMS and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:

Appellant complains generally of various claimed errors by the trial court. We agree with the reasoning of its opinion, however; and its findings of fact are not shown to be clearly erroneous—a demonstration not attempted by appellant.

*Drachenberg v. Canal Barge Co., Inc.,* 571 F.2d 912 (5th Cir.1978), does not support appellant's contention that a mooring cleat which was part of another's dock should be considered part of ROMANDA SUE, where these were connected by a line only. The marine arm in *Drachenberg* was firmly affixed to the vessel to such a degree as to have become an integral part of it, and was under common ownership with the vessel. Indeed, *Drachenberg* itself cites *Davis v. W. Bruns & Co.,* 476 F.2d 246 (5th Cir.1973), holding that a connection by guy wires was insufficient for such purposes.

AFFIRMED.